UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLIVIA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CREDIT ONE BANK, N.A.,<br><br>　　　　Defendant. | Case No. 5:19-mc-80267-EJD<br><br>**AMENDED ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 20 |

On January 24, 2020, the Court denied Plaintiff's motion to compel Defendant to participate in appellate arbitration. While the Court believes all issues between the Parties are now resolved, the Court issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for lack of a case or controversy. If plaintiff fails to file a written response to this order to show cause by January 30, 2020, the case shall be dismissed for lack of controversy.

**IT IS SO ORDERED.**

Dated: January 24, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge